IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

MARY JOSEPH,

  Plaintiff,

-v-                                                CASE NO.: 4:15-CV-00209-HEA

CHARTER COMMUNICATIONS HOLDING
COMPANY, LLC,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CHARTER COMMUNICATIONS HOLDING COMPANY, LLC

Plaintiff, MARY JOSEPH and Defendant, CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, pursuant to Fed.R.Civ.P. 41(a)(1), stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant, CHARTER COMMUNICATIONS HOLDING COMPANY, LLC. Each party shall be responsible for its own attorney's fees and costs.

Dated: February 22, 2016

| | |
|---|---|
| */s/ Jared M. Lee* | */s/ Mark L. Brown* |
| Jared M. Lee, Esquire | Mark L. Brown, |
| Florida Bar #:  0052284 | E.D.Mo. Bar #34554MO |
| MORGAN & MORGAN, P.A. | Law Office of Mark Brown LLC |
| 20 North Orange Avenue | 100 Midland Park Drive |
| Suite 1600 | Suite 217 |
| Orlando, Florida  32801 | O'Fallon, MO 63366-4129 |
| Tele:  (407) 420-1414 | Phone: (636) 543-8700 |
| Fax:  (407) 245-3485 | Fax: (636) 200-5015 |
| JLee@ForThePeople.com | Mark@MarkBrownLawFirm.com |
| *Attorney for Plaintiff* | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 22, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify I served the foregoing document via electronic mail to: Mark@MarkBrownLawFirm.com.

    /s/Jared M. Lee
Jared M. Lee, Esquire
Morgan & Morgan, P.A.
20 North Orange Ave., Suite 1600
Orlando, FL 32801
Tele: (407) 420-1414 / Fax: (407) 245-3485
Florida Bar #: 0052284
*Attorney for Plaintiff*
JLee@ForThePeople.com